**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>James Plonsker,<br>v.<br>National Asset Recovery Services, Inc.<br>and Greg Cappa. | Case Number:<br>FILED: JULY 16, 2008<br>08CV4033<br>JUDGE ASPEN<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, National Asset Recovery Services, Inc. and Greg Cappa    PH

| |
|---|
| NAME (Type or print)<br>Donald J. Vogel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Donald J. Vogel |
| FIRM<br>Scopelitis, Garvin, Light, Hanson & Feary, P.C. |
| STREET ADDRESS<br>30 West Monroe Street, Suite 600 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6191438 | TELEPHONE NUMBER<br>312-255-7178 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐