UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES PLONSKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08cv4033 |
| | ) | |
| NATIONAL ASSET RECOVERY | ) | District Judge Aspen |
| SERVICES, INC. and GREG CAPPA | ) | Magistrate Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Tracy E. Stevenson
Andres J. Gallegos
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago, IL 60602

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008 at 10:30 a.m., the undersigned counsel for Defendants shall appear before the Honorable Judge Marvin E. Aspen in Courtroom 2568 of the U.S. District Court for the Northern District of Illinois, and shall then and there present **Defendant's Motion to Dismiss Plaintiff's Complaint,** a copy of which is served upon you.

Respectfully submitted,

**NATIONAL ASSET RECOVERY
SERVICES, INC. and GREG CAPPA**

By: /s/Donald J. Vogel
One of its Attorneys

Donald J. Vogel, ARDC # 6191438
Sara L. Pettinger, ARDC # 6204647
Adam C. Smedstad, ARDC # 6210102
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Main: (312) 255-7200
Facsimile: (312) 422-1224

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of July, 2008 served a true and correct copy of the foregoing through the electronic case filing system of the United States District Court for the Northern District of Illinois to the following counsel:

Tracy E. Stevenson
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago, IL 60602

and via First Class U.S. Mail to:

Andres J. Gallegos
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago, IL 60602

/s/Donald J. Vogel