UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES PLONSKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08CV4033 |
| ) | |
| NATIONAL ASSET RECOVERY ) | Judge Marvin E. Aspen |
| SERVICES, INC. ) | |
| ) | Magistrate Judge Ashman |
| Defendant. ) | |

## NOTICE OF FILING

TO:   Tracy E. Stevenson
      Andres J. Gallegos
      Robbins, Salomon & Patt, Ltd.
      25 East Washington Street, Suite 1000
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on July 30, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **Counterclaim**, a copy of which is served upon you.

                     Respectfully submitted,

                     **NATIONAL ASSET RECOVERY SERVICES, INC.**

                     By:   /s/Donald J. Vogel
                           One of its Attorneys

Donald J. Vogel, ARDC # 6191438
Sara L. Pettinger, ARDC # 6204647
Adam C. Smedstad, ARDC # 6210102
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Main: (312) 255-7200
Facsimile: (312) 422-1224

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 30th day of July, 2008 served a true and correct copy of the foregoing through the electronic case filing system of the United States District Court for the Northern District of Illinois to the following counsel:

Tracy E. Stevenson
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago, IL 60602

and via First Class U.S. Mail to:

Andres J. Gallegos
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago, IL 60602

/s/Donald J. Vogel