

# United States District Court
# Northern District of Illinois

In the Matter of

Plonsker

v.

National Asset Recovery Services

Case No. 08 C 4033

Designated Magistrate Judge ~~Martin C. Ashman~~ Valdez

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Marvin E. Aspen** to be related to **08 C 3305** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Joan H. Lefkow

Dated: August 1, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Joan H. Lefkow**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: AUG - 4 2008

Finding of Relatedness (Rev. 9/99)